CLARA MOORE, Respondent, *v.* THE PRUDENTIAL CASUALTY COMPANY, Appellant.

*Moore* v. *Prudential Casualty Co.*, 170 App. Div. 849, appeal dismissed.
(Argued January 8, 1917; decided January 16, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 12, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a policy of life insurance.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the verdict was supported by the evidence; that the exceptions were frivolous and the appeal taken solely for delay.

*N. Frank O'Reilly* for motion.

*Raymond D. Fuller* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.